UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE O. MITCHELL,

    Plaintiff,

    v.

HENRY RICHARDS,

    Defendant.

Case No. C05-5114FDB

ORDER RE CLARIFICATION OF
DKT # 9 AND APPEAL OF DKT # 10

By Order filed February 16, 2005 (Dkt. # 4) Magistrate Judge Strombom required Plaintiff to cure certain deficiencies in his motion to proceed *in forma pauperis*, explained what Plaintiff needed to do to correct them, and gave Plaintiff a date by which to do so. Plaintiff appealed this order (Dkt. # 7) and the Court denied the appeal (Dkt. # 9). Plaintiff now moves for "clarification of Dkt #9 order." (Dkt. # 11)

The Magistrate Judge entered a Second Order To Show Cause (Dkt. # 10) again delineating the deficiencies that Plaintiff must cure regarding in *IFP* application. Plaintiff has also filed an "Appeal to Judge of Order Dkt # 10 REQUEST FOR SELF RECUSAL" (Dkt. 12). Chief Judge Lasnik denied the recusal request citing the reasonableness of the Magistrate Judge seeking additional information on the *IFP* request.

ORDER - 1

The remainder of Plaintiff's appeal is before the undersigned for consideration. Plaintiff's appeal in view of the previous appeal of this claim is frivolous and is denied.

ACCORDINGLY, IT IS ORDERED:

1. Plaintiff's appeal of the Magistrate Judge's Order at Dkt. # 10 [Dkt. # 12] is DENIED.

2. Plaintiff is ORDERED to respond to the Second Order to Show Cause [Dkt. # 10] by June 30, 2005. Failure to so respond shall be deemed a failure to properly prosecute this matter rendering dismissal appropriate.

DATED this 17th day of June, 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2